CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Sheila E. Fix (State Bar No. 138613)
sfix@wshblaw.com
Silvia C. Schaffer (State Bar No. 290868)
sschaffer@wshblaw.com
WOOD, SMITH, HENNING & BERMAN LLP
505 North Brand Boulevard, Suite 1100
Glendale, California 91203
Phone: 818 551-6000 ♦ Fax: 818 551-6050
Attorneys for Defendant
Davina, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARQUEZ,<br><br>        Plaintiff,<br><br>v.<br><br>DAVINA, INC., a California Corporation; and Does 1-10,<br><br>        Defendants. | Case No.: 2:20-cv-01235-KS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between Plaintiff, Luis Marquez and Defendant Davina, Inc. that the Court order all of Plaintiff's claims in this action against Defendant and the Complaint in its entirety to be dismissed with prejudice. Each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

**IT IS SO STIPULATED.**

1
2
3  Dated: December 09, 2020        CENTER FOR DISABILITY ACCESS
4
5                                  By:    /s/ Amanda Seabock
                                          Amanda Seabock
6                                         Attorneys for Plaintiff Luis Marquez
7
8  Dated: December 9, 2020         WOOD, SMITH, HENNING & BERMAN LLP
9
10
11                                 By:    /s/ Sheila E. Fix
                                          Sheila E. Fix
12                                        Silvia C. Schaffer
                                          Attorneys for Defendant
13                                        Davina, Inc.
14
15
16
17
18                              **SIGNATURE CERTIFICATION**
19
20  I hereby certify that the content of this document is acceptable to Sheila E. Fix, counsel
21  for Davina, Inc., and that I have obtained authorization to affix her electronic signature
22  to this document.
23
24  Dated: December 09,2020        CENTER FOR DISABILITY ACCESS
25
26                                 By:    /s/ Amanda Seabock
                                          Amanda Seabock
27                                        Attorneys for Plaintiff Luis Marquez
28

## ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

**IT IS SO ORDERED.**

Dated: December 10, 2020

_____
Honorable Karen L. Stevenson
United States Magistrate Judge